**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**          FILED IN OPEN COURT

DATE:  06/23/2021  @  12:04 p.m.

TAPE:  FTR

TIME IN COURT:  16 mins.

| MAGISTRATE JUDGE | LINDA T. WALKER | COURTROOM DEPUTY CLERK: | Sonya Coggins |
|---|---|---|---|

CASE NUMBER:  1:21-MJ-584-LTW          DEFENDANT'S NAME:  Kevin Douglas Creek

AUSA:  Ryan Buchanan          DEFENDANT'S ATTY:  David Joyner

USPO / PTR: _____          (X) Retained   ( ) CJA   ( ) FDP   ( ) Waived

_____  ARREST DATE  _____

_____  Initial appearance hearing held.                    _____  Defendant informed of rights.

_____  Interpreter sworn: _____

**COUNSEL**

_____  ORDER appointing Federal Defender as counsel for defendant.

_____  ORDER appointing _____ as counsel for defendant.

_____  ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

_____  Defendant WAIVES identity hearing.                    _____  WAIVER FILED

_____  Identity hearing HELD.   _____  Def is named def. in indictment/complaint; held for removal to other district.

_____  Defendant WAIVES preliminary hearing in this district only.          _____  WAIVER FILED

_____  Preliminary hearing HELD.   _____  Probable cause found; def. held to District Court for removal to other district

_____  Commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

X   Defendant appeared before the court for a proposed release on                    @

bond. AUSA Ryan Buchanan advised the court that the AUSA

in the charging district opposes bond and that the appropriate

place for Mr. Creek's appeal is the D.C. District Court. Counsel
for Defendant advised the court that he will consult with the
AUSA in the charging district as well as the District Court to see
what the appropriate measures would be for Defendant's
release on bond. Defendant remanded to custody of the United
States Marshal until further notice.

_____  Pretrial hearing set for _____ @ _____  _____  ()   In charging district.)

_____  Bond/Pretrial detention hearing held.

_____  Government motion for detention  ( ) GRANTED   ( ) DENIED

_____  Pretrial detention ordered.   _____  Written order to follow.

_____  BOND set at _____   NON-SURETY   SURETY

_____  cash   _____  property   _____  corporate surety ONLY

_____  SPECIAL CONDITIONS: _____