ATTEST: A TRUE COPY CERTIFIED THIS
Date: 6/23/2021
JAMES N. HATTEN, Clerk
By: s/Jessica Kelley
Deputy Clerk

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:21−mj−00584−LTW−1

| | |
|---|---|
| Case title: USA v. Creek | Date Filed: 06/10/2021 |
| Other court case number: 121MJ460 USDC District of Columbia | Date Terminated: 06/15/2021 |

Assigned to: Magistrate Judge Linda T. Walker

**Defendant (1)**

**Kevin Douglas Creek**  represented by  **Charles David Joyner**
*TERMINATED: 06/15/2021*    C. David Joyner, P.C.
Suite 130
1305 Mall of Georgia Blvd.
Mill Creek Forest
Buford, GA 30519
770−614−6415
Email: djoyner@cdavidjoynerpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

18:1752.P, 18:231.F, 18:111.F, 40:5104

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ryan Karim Buchanan** <br> Office of the United States Attorney−ATL600 <br> Northern District of Georgia <br> 600 United States Courthouse <br> 75 Ted Turner Dr., S.W. <br> Atlanta, GA 30303 <br> 404−581−6217 <br> Email: ryan.buchanan@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/10/2021 | | | Arrest (Rule 40) of Kevin Douglas Creek (tmf) (Entered: 06/10/2021) |
| 06/10/2021 | 1 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings as to Kevin Douglas Creek held on 6/10/2021. (Attachments: # 1 Warrant) (Tape #FTR) (tmf) (Entered: 06/10/2021) |
| 06/10/2021 | 2 | | WAIVER of Rule 40 Hearings by Kevin Douglas Creek (tmf) (Entered: 06/10/2021) |
| 06/10/2021 | 3 | | MOTION for Detention by USA as to Kevin Douglas Creek. (tmf) (Entered: 06/10/2021) |
| 06/10/2021 | 4 | | Order of Temporary Detention pursuant to Bail Reform Act by Judge Linda T. Walker as to Kevin Douglas Creek. Detention Hearing set for 6/14/2021 at 11:30 AM before Magistrate Judge Linda T. Walker. (tmf) (Entered: 06/10/2021) |
| 06/14/2021 | 5 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Detention Hearing as to Kevin Douglas Creek. Exhibits retained to be forwarded to the Clerks Office. (Tape #FTR) (tmf) (Entered: 06/15/2021) |
| 06/14/2021 | 6 | | ORDER granting 3 Governments Motion for Detention as to Kevin Douglas Creek (1). Signed by Magistrate Judge Linda T. Walker on 6/14/2021. (tmf) (Entered: 06/15/2021) |
| 06/14/2021 | 7 | | COMMITMENT TO ANOTHER DISTRICT as to Kevin Douglas Creek. Defendant committed to USDC District of Columbia. Signed by Magistrate Judge Linda T. Walker on 6/14/2021. (tmf) (Entered: 06/15/2021) |
| 06/14/2021 | 8 | | Government's EXHIBITS (Documentary) admitted and retained at the 5 Detention Hearing as to Kevin Douglas Creek have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit Gov 1−5)(tmf) (Entered: 06/15/2021) |
| 06/15/2021 | 9 | | NOTICE TO COUNSEL OF RECORD regarding RECLAMATION AND DISPOSITION OF UNCLAIMED Documentary EXHIBITS pursuant to Local Rule 79.1D. Re: 8 Government's Exhibits. (tmf) (Entered: 06/15/2021) |

| Date | No. | | Description |
|---|---|---|---|
| 06/15/2021 | 10 | | Electronic Transmittal of Rule 5(c)(3) Documents as to Kevin Douglas Creek, sent to USDC District of Columbia. Case file with certified copy of and docket sheet and copy of Commitment Order. (tmf) (Entered: 06/15/2021) |
| 06/15/2021 | | | Magistrate Case Closed. Defendant Kevin Douglas Creek terminated. (tmf) (Entered: 06/15/2021) |
| 06/23/2021 | 11 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Bond Hearing held as to Kevin Douglas Creek. Defendant appeared before the court for a proposed release on bond. Defendant's counsel was not present. Hearing recessed to allow counsel for defendant to appear. (Tape #FTR) (jpk) (Entered: 06/23/2021) |
| 06/23/2021 | 12 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Bond Hearing held as to Kevin Douglas Creek. Defendant appeared before the court for a proposed release on bond. AUSA Ryan Buchanan advised the court that the AUSA in the charging district opposes bond and that the appropriate place for Mr. Creek's appeal is the D.C. District Court. Counsel for Defendant advised the court that he will consult with the AUSA in the charging district as well as the District Court to see what the appropriate measures would be for Defendant's release on bond. Defendant remanded to custody of the United States Marshal until further notice. (Tape #FTR) (jpk) (Entered: 06/23/2021) |

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**  FILED IN OPEN COURT

DATE: 06/23/2021 @ 10:23 am
TAPE: FTR
TIME IN COURT: 8 mins.

MAGISTRATE JUDGE: LINDA T. WALKER
COURTROOM DEPUTY CLERK: Sonya Coggins
CASE NUMBER: 1:21-MJ-584-LTW
DEFENDANT'S NAME: Kevin Douglas Creek
AUSA: Ryan Buchanan
DEFENDANT'S ATTY:
USPO / PTR:
( ) Retained    ( ) CJA    ( ) FDP    ( ) Waived

____ ARREST DATE _____
____ Initial appearance hearing held.          ____ Defendant informed of rights.
____ Interpreter sworn: _____

## COUNSEL

____ ORDER appointing Federal Defender as counsel for defendant.
____ ORDER appointing _____ as counsel for defendant.
____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

____ Defendant WAIVES identity hearing.                     ____ WAIVER FILED
____ Identity hearing HELD.   ____ Def is named def. in indictment/complaint; held for removal to other district.
____ Defendant WAIVES preliminary hearing in this district only.   ____ WAIVER FILED
____ Preliminary hearing HELD.   ____ Probable cause found; def. held to District Court for removal to other district
____ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

X   Defendant appeared before the court for a proposed release on  @
    bond. Defendant's counsel was not present. Hearing recessed
    to allow counsel for defendant to appear.
____ Pretrial hearing set for _____ @ _____   ( ) In charging district.)
____ Bond/Pretrial detention hearing held.
____ Government motion for detention   ( ) GRANTED   ( ) DENIED
____ Pretrial detention ordered.   ____ Written order to follow.
____ BOND set at _____   ____ NON-SURETY   ____ SURETY
     ____ cash   ____ property   ____ corporate surety ONLY
____ SPECIAL CONDITIONS: _____

____ Bond filed. Defendant released.
____ Bond not executed. Defendant to remain in Marshal's custody.
____ Motion   ( ____ verbal)   to reduce/revoke bond filed.

4

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**  FILED IN OPEN COURT

DATE: 06/23/2021 @ 12:04 p.m.
TAPE: FTR
TIME IN COURT: 16 mins.

MAGISTRATE JUDGE: LINDA T. WALKER
COURTROOM DEPUTY CLERK: Sonya Coggins
CASE NUMBER: 1:21-MJ-584-LTW
DEFENDANT'S NAME: Kevin Douglas Creek
AUSA: Ryan Buchanan
DEFENDANT'S ATTY: David Joyner
USPO / PTR: 
(X) Retained   ( ) CJA   ( ) FDP   ( ) Waived

_____ ARREST DATE _____

_____ Initial appearance hearing held.    _____ Defendant informed of rights.

_____ Interpreter sworn: _____

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

_____ Defendant WAIVES identity hearing.    _____ WAIVER FILED

_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.    _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

X    Defendant appeared before the court for a proposed release on @
bond. AUSA Ryan Buchanan advised the court that the AUSA
in the charging district opposes bond and that the appropriate
place for Mr. Creek's appeal is the D.C. District Court. Counsel
for Defendant advised the court that he will consult with the
AUSA in the charging district as well as the District Court to see
what the appropriate measures would be for Defendant's
release on bond. Defendant remanded to custody of the United
States Marshal until further notice.

_____ Pretrial hearing set for _____ @ _____    ( ) _____ In charging district.)

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention   ( ) GRANTED   ( ) DENIED

_____ Pretrial detention ordered.    _____ Written order to follow.

_____ BOND set at _____    _____ NON-SURETY    _____ SURETY
       _____ cash    _____ property    _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

5